# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 16, 2014

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 13-1254, *Z Technologies Corporation v. The Lubrizol Corporation*
Originating Case No. : 2:12-cv-12206

Dear Clerk:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Robin L. Johnson
Case Manager
Direct Dial No. 513-564-7039

cc: Ms. Elizabeth Ann Grove
    Mr. Justin J. Hakala

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 13-1254
_____

Filed: June 16, 2014

Z TECHNOLOGIES CORPORATION

      Plaintiff - Appellant

v.

THE LUBRIZOL CORPORATION

      Defendant - Appellee

## MANDATE

  Pursuant to the court's disposition that was filed 05/23/2014 the mandate for this case hereby issues today.

COSTS:  None